**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | Case No. 21-cr-3 (RCL) |
| **JACOB ANTHONY CHANSLEY,** | |
| *Defendant*. | |

## MEMORANDUM

The U.S. Marshal for the District of Columbia has advised the Court that the D.C. Department of Corrections has requested that defendant be removed from their facility immediately because they are unable to comply with the Court's February 3, 2021 Order. *See* ECF No. 8. Defendant has been transported by the U.S. Marshals to the Alexandria Detention Center. The Sheriff there has advised the U.S. Marshal that the Alexandria Detention Center is able and willing to accommodate defendant's dietary requests.

Date: February 4, 2021

Roger C Lamberth at 2:30 P.M.

Hon. Royce C. Lamberth
United States District Judge